Louise E. Wenner, Appellant, *v.* The Prudential
Insurance Company, Respondent.

(Argued April 20, 1936; decided May 19, 1936.)

*David Michelsohn* for appellant.

*Benjamin Paul Goldman* and *Solon Weit* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.